FILED

MAY 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> VAHE DADYAN, <br><br> Defendant-Appellant. | No.   21-50237 <br><br> D.C. No. <br> 2:20-cr-00579-SVW-8 <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> ARTUR AYVAZYAN, AKA Arthur Ayvazyan, <br><br> Defendant-Appellant. | No.   21-50302 <br><br> D.C. Nos. <br> 2:20-cr-00579-SVW-3 <br> 2:20-cr-00579-SVW |

Before:  M. SMITH and DESAI, Circuit Judges, and AMON,[*] District Judge.

Counsel should be prepared to discuss at oral argument the approach that the Seventh Circuit adopted in *United States v. Dokich*, 614 F.3d 314 (7th Cir. 2010) regarding cases in which the amount of restitution that the district court imposed is greater than the amount of loss that it found at sentencing.

---

[*] The Honorable Carol Bagley Amon, United States District Judge for the Eastern District of New York, sitting by designation.